United States District Court
Southern District of Texas
**ENTERED**
June 21, 2018
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

UNITED STATES OF AMERICA
        Plaintiff

v.

Roberto Ramirez−Viera
        Defendant

Case No.: 5:18−po−04711
Magistrate Judge Diana Song Quiroga

---

**JUDGMENT**

On **June 21, 2018**, the above named defendant appeared in person and with counsel.

Whereupon the defendant entered a plea of guilty to the offense of entering the United States illegally at a place other than as designated by the immigration officers, in violation of 8 U.S.C. 1325(a)(1), as charged in the Criminal Complaint; and the Court having asked the defendant whether he/she had anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court;

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

The defendant is hereby sentenced to 20 days confinement.

A $10.00 cost assessment is imposed.

DONE at Laredo, Texas, on **June 21, 2018**.

*Diana Song Quiroga*
DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE